**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**OWENSBORO DIVISION**
**CRIMINAL ACTION NO. 4:07-CR-00022-JHM**

**UNITED STATES OF AMERICA**                          **PLAINTIFF**

**VS.**

**GEORGE C. BLOOMER**                                   **DEFENDANT**

**REPORT AND RECOMMENDATION**
**CONCERNING PLEA OF GUILTY**

The Defendant, by consent, has appeared before me pursuant to Rule 11, Federal Rules of Criminal Procedure, and has entered a **PLEA OF GUILTY** to Count Two of the Three-Count Indictment. After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the **GUILTY PLEA** was knowledgeable and voluntary and that the offenses charged are supported by an independent basis in fact containing each of the essential elements of such offenses. I, therefore, recommend that the **PLEA OF GUILTY** be accepted and that the Defendant be adjudged **GUILTY** and have sentence imposed accordingly.

THIS

## **<u>NOTICE</u>**

Failure to file written objections to this Report and Recommendation within ten (10) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge.  28 U.S.C. 636(b)(1)(B).

Date of Service:

Copies:	Counsel of Record
U.S. Marshal
U.S. Probation
Erica Skinner, Case Manager